**510**

Earl ROMESBURG, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39369.

Missouri Court of Appeals,
Western District.

Jan. 26, 1988.

William J. Stewart, Bolivar, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for the respondent.

Before PRITCHARD, P.J., and GAITAN and COVINGTON, JJ.

### ORDER

PER CURIAM.

Movant, Earl Romesburg, appeals the denial of his Rule 27.26 motion following an evidentiary hearing.

Judgment affirmed. Rule 30.25(b).